SALVATORE DI FRANCESCO, Respondent, v. COLONIAL SAND & STONE Co., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

KARL ANDREWS, Respondent, v. GEORGE M. CRUMP and UNITED CORPORATION, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to affirm.

ADAM BESLER, Respondent, v. BENJAMIN PEARLMAN, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

EDWARD K. REAM, Appellant, Respondent, v. ROBERT C. REAM and NORMAN P. REAM, Individually, and as Trustees under a Certain Declaration of Trust Made by CAROLINE P. REAM, Dated January 14, 1921; LOUIS M. REAM, MARION REAM VONSIATSKY, FRANCIS REAM KEMMERER, MARION REAM KEMMERER, HENRY PUTNAM REAM, JOHN L. KEMMERER, JR., and MAHLON H. KEMMERER, Respondents; CAROLYN THOMPSON REAM, NORMAN PUTNAM REAM, JR., MARY LOUISE REAM, LOUIS MARSHAL REAM, JR., JOHN WRIGHTSON REAM and BETHEL VEECH REAM, Respondents, Appellants, and BELLE QUIGLEY REAM, Defendant.— Judgment affirmed, with costs to the defendants-respondents, Robert C. Ream and Norman P. Ream, individually and as trustees, against the plaintiff. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.; Martin, P. J. and Glennon, J., dissent and vote to modify by eliminating the allowance to plaintiff's attorney.

In the Matter of the Application of SALVATORE FALCONE, Petitioner, for an Order to Review a Determination of NEW YORK STATE LIQUOR AUTHORITY, Respondent.▉— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of ISAAC SHENDELL, CARL S. BRESNICK and HELEN SEGAL for the Appointment of Three Persons to Appraise the Value of the Stock Held by Them in 541 West 124th Street Corporation, Pursuant to Sections 20 and 21 of the Stock Corporation Law.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JAMES AQUILINA v. AMBROSE J. SCHWEERS and PERCIVAL O. SMITH, Copartners Doing Business under the Firm Name and Style of SCHWEERS & SMITH.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MINNA FRANK NEWMAN v. STEPHEN LANG NEWMAN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IVOR B. CLARK, INC., v. SIXTH AVE. AND 57TH STREET CORP.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.